

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT K. HUDNALL AND SHARON E. HUDNALL, | § | No. 08-24-0087-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 448th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| SMITH AND RAMIREZ RESTORATION, LLC, | § | (TC#2015DCV1113) |
| Appellee. | | |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Tex. R. App. P. 42.3(b).

Appellants filed a notice of appeal on April 16, 2024. The clerk's record was filed on June 4, 2024, and Appellants' second amended docketing statement indicated that no reporter's record was taken or requested for this cause. Pursuant to Texas Rule of Appellate Procedure 38.6, Appellants' brief was due July 5, 2024, 30 days after the clerk's record was filed. Tex. R. App. P. 38.6(a)(1).[1]

---

[1] Thirty days from June 4 was July 4, a legal holiday. Therefore, Appellants' deadline was automatically extended to July 5, the next day that was "not a Saturday, Sunday, or legal holiday." Tex. R. App. P. 4.1(a).

On July 16, 2024, the Clerk of this Court sent a notice to Appellants notifying them that their brief was overdue, and their appeal was subject to dismissal for want of prosecution if no brief and motion for extension to file the same was received within 20 days. Tex. R. App. P. 38.8(a)(1) (allowing an appellate court to dismiss a civil appeal for want of prosecution if the appellant fails to file a brief).

As of this date, Appellants have not filed a brief or a motion for an extension of time to file their brief. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(b).


LISA J. SOTO, Justice


August 9, 2024

Before Alley, C.J., Palafox and Soto, JJ.